# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



Marie Yvonne Thornton, plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **BZ**

V.

County of Alameda, Alameda County Sheriff's Department, Gregory J. Ahern, R. Peck, B. Salby, R. Nobriga, S. Wilhelm, J. White, D. Driscoll, B. Kimzey, C. Mitry, K. Cartwright, K-9 Riso, and Does 1 through 50, inclusive,

Defendants

TO: (Name and address of defendant)

The County of Alameda: Clerk, Board of Supervisors, Administration Building, 1221 Oak Street, Room 536, Oakland, CA 94612

Alameda County Sheriff's Department, Gregory J. Ahern, R. Peck, B. Salby, R. Nobriga, S. Wilhelm, J. White, D. Driscoll, B. Kimzey, C. Mitry, K. Cartwright, K-9 Riso: Agent for Service of Process / Sgt. Martinez, Alameda County Sheriff, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sunena Sabharwal, SABHARWAL LAW OFFICES, 1999 HARRISON STREET, SUITE 2675, OAKLAND, CA 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1-16-08

(BY) DEPUTY CLERK

**BY FAX**

MARY ANN

01/15/2008  15:19    5102738    )                                              )                          PAGE  06/27

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/27/2008 |
| Name of SERVER  HARJINDER KAUR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (sp) Left copies at defendants' place of employment with Agent for Service of Process/Sgt. Kelly J. Martinez
1401 Lakeside Dr. 7th, Floor, Oakland, CA 94612
Gregory J. Ahern, R. Peck, B. Salby, R. Nobriga, S. Wilhelm, J. White, D. Driscoll, B. Kimzey, C. Mitry, K. Cartwright, Agent for Service of Process/Sgt. Martinez

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/2008
              Date

Signature of Server
1999 HARRISON ST. SUITE 2675
c OAKLAND, CA9   94612
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

01/15/2008  15:19    5102738    )                                    )                    PAGE  06/27

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 2/27/2008 |
| Name of SERVER  HARJINDER KAUR | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Left Copy at 1221 Oak Street, Room 536, Oakland, CA 94612 with Joseph Larkin.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/2008
              Date

Signature of Server
1999 HARRISON ST. SUITE 2675
c OAKLAND, CA9  94612
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.