# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

March 19, 2008

To:   Rebecca S. Widen
Haapala, Thompson & Abern LLP
1939 Harrison Street, Suite 800
Oakland, CA 94612

Sunena Sabharwal
Sabharwal Law Offices
1999 Harrison St., Suite 2675
Oakland, CA 94612

Re: Marie Yvonne Thornton v. County of Alameda, et al. - C08-0314 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **May 5, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

  /s/ Lashanda Scott
By:    Lashanda Scott
          Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd