1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  John C. Won, SBN 242743
   HAAPALA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612
4  Tel:    510-763-2324
   Fax:    510-273-8570
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT,
   SHERIFF GREGORY J. AHERN, DEPUTY R. PECK,
7  DEPUTY B. SALBY, DEPUTY R. NOBRIGA, DEPUTY S. WILHELM,
   DEPUTY J. WHITE, DEPUTY D. DRISCOLL, DEPUTY B. KIMZEY,
8  DEPUTY C. MITRY, and DEPUTY K. CARTWRIGHT

9
                    UNITED STATES DISTRICT COURT
10
             NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
11

12  MARIE YVONNE THORNTON,                )   Case No.:  C08-0314 BZ
                                          )
13         Plaintiff,                     )   **AMENDED NOTICE OF HEARING ON**
                                          )   **DEFENDANTS' MOTION TO DISMISS**
14     vs.                                )
                                          )
15  COUNTY OF ALAMEDA; ALAMEDA            )
    COUNTY SHERIFF'S DEPARTMENT;          )
16  GREGORY J. AHERN, individually and in )
    his official capacity as Chief Executive )
17  Officer for the Alameda County Sheriff's )
    Department; R. PECK, individually and in his )
18  official capacity as a Deputy Sheriff for the )
    Alameda County Sheriff's Department; B. )
19  SALBY, individually and in his official   )
    capacity as a Deputy Sheriff for the Alameda )
20  County Sheriff's Department; R. NOBRIGA, )
    individually and in his official capacity as a )
21  Deputy Sheriff for the Alameda County )
    Sheriff's Department; S. WILHELM,         )
22  individually and in his official capacity as a )
    Deputy Sheriff for the Alameda County )
23  Sheriff's Department; J. WHITE, individually )
    and in his official capacity as a Deputy Sheriff )
24  for the Alameda County Sheriff's Department; )
    D. DRISCOLL, individually and in his official )
25  capacity as a Deputy Sheriff for the Alameda )
    County Sheriff's Department; B. KIMZEY, )
26  individually and in his official capacity as a )
    Deputy Sheriff for the Alameda County  )
27  Sheriff's Department; C. MITRY, individually )
    and in his official capacity as a Deputy Sheriff )
28  for the Alameda County Sheriff's Department; )
    K. CARTWRIGHT, individually and in his    )

(Left margin: Haapala, Thompson & Abern LLP, Attorneys At Law, Park Plaza Building, 1939 Harrison St., Suite 800, Oakland, California 94612, Telephone: 510-763-2324, Facsimile: 510-273-8570)

1

*Thornton v. County of Alameda, et al.,* Case #C08-0314 BZ
Amended Notice of Hearing on Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6)

1  official capacity as a Deputy Sheriff for the )
   Alameda County Sheriff's Department; )
2  )
   K-9 RISO; and DOES 1 through 50, inclusive, )
3  individually and in their capacities as Alameda )
   County Sheriff Deputies, )
4  )
         Defendants. )
5

6       Due to the unavailability of the Court, Defendants' Motion To Dismiss Pursuant To

7  FRCP 12(b)(6), Docket [16], originally noticed for May 7, 2008 at 10:00 a.m., will be held on

8  **May 14, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, United States District Court, 450

9  Golden Gate Avenue, San Francisco, California, 94102.

10 Dated: February 19, 2008

11                                              HAAPALA, THOMPSON & ABERN, LLP

12

13

14                                  By:   /s/ Rebecca S. Widen
                                          Rebecca S. Widen
                                          Attorneys for Defendants
15                                        COUNTY OF ALAMEDA, ALAMEDA
                                          COUNTY SHERIFF'S DEPARTMENT,
16                                        SHERIFF GREGORY J. AHERN, DEPUTY R.
                                          PECK, DEPUTY B. SALBY, DEPUTY R.
17                                        NOBRIGA, DEPUTY S. WILHELM, DEPUTY J.
                                          WHITE, DEPUTY D. DRISCOLL, DEPUTY B.
18                                        KIMZEY, DEPUTY C. MITRY, and DEPUTY K.
                                          CARTWRIGHT

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Thornton v. County of Alameda, et al.,* Case #C08-0314 BZ
Amended Notice of Hearing on Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6)