UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIE YVONNE THORNTON, | ) | |
| Plaintiff(s), | ) | No. C08-0314 BZ |
| v. | ) | **BRIEFING ORDER** |
| COUNTY OF ALAMEDA, et al., | ) | |
| Defendant(s). | ) | |

Having received defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) noticed for hearing on May 14, 2008, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **April 16, 2008**;

2. Defendants' reply, if any, shall be filed by **April 23, 2008**.

Dated: April 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\THORNTON V. CTY. OF ALAMEDA\BRIEFING ORDER.wpd

1