UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIE YVONNE THORNTON

              Plaintiff(s),

          v.

COUNTY OF ALAMEDA, ET AL.

              Defendant(s).
_____/

Case No. C08-0314 BZ

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: <u>April 14, 2</u>008

All Defendants_____
[Party]

/s/ Rebecca S. Widen_____
[Counsel]
Rebecca S. Widen

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."