1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  John C. Won, SBN 242743
   HAAPALA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612
4  Tel:   510-763-2324
   Fax:   510-273-8570
5
   Attorneys For Defendants, COUNTY OF ALAMEDA,
6  SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY,
   R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL,
7  B. KIMZEY, C. MITRY, and K. CARTWRIGHT

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| 10  MARIE YVONNE THORNTON, | Case No.: C08-0314 BZ |
| 11             Plaintiff, | **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS** |
| 12       vs. | |
| 13  COUNTY OF ALAMEDA; et al. | |
| 14             Defendants. | |

15

16     On March 18, 2008, defendants COUNTY OF ALAMEDA, SHERIFF GREGORY J.

17  AHERN, R. PECK, B. SALBY, R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL, B.

18  KIMZEY, C. MITRY, and K. CARTWRIGHT, ("Defendants") filed a Motion To Dismiss

19  Pursuant To FRCP 12(b)(6) (Docket #16). On April 14, 2008, plaintiff filed an Amended

20  Complaint (Docket #21).

21     Therefore, Defendants hereby withdraw their Motion To Dismiss Pursuant To

22  FRCP 12(b)(6), currently set for hearing on May 14, 2008.

23  Dated: April 21, 2008

24                                    HAAPALA, THOMPSON & ABERN, LLP

25

26

27                           By:    /s/ Rebecca S. Widen
                                    Rebecca S. Widen
28                                  Attorneys For Defendants

1

*Thornton v. County of Alameda, et al.,*/Case #C08-0314 BZ
Defendants' Notice Of Withdrawal Of Motion To Dismiss