Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
John C. Won, SBN 242743
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants, COUNTY OF ALAMEDA,
SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY,
R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL,
B. KIMZEY, C. MITRY, and K. CARTWRIGHT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARIE YVONNE THORNTON, | Case No.: C08-0314 BZ |
| Plaintiff, | **STATEMENT OF FACT OF DEATH** |
| vs. | |
| COUNTY OF ALAMEDA; et al. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendants note upon the record the death of Plaintiff, Marie Yvonne Thornton, during the pendency of this action.

Dated:  April 24, 2008

HAAPALA, THOMPSON & ABERN, LLP

By:  /s/ Rebecca S. Widen
Rebecca S. Widen
Attorneys For Defendants

1

*Thornton v. County of Alameda, et al.,*/Case #C08-0314 BZ
Statement Of Fact Of Death