Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
John C. Won, SBN 242743
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants, COUNTY OF ALAMEDA,
SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY,
R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL,
B. KIMZEY, C. MITRY, and K. CARTWRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARIE YVONNE THORNTON,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; et al.<br><br>    Defendants. | Case No.: C08-0314 BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  April 30, 2008

          HAAPALA, THOMPSON & ABERN, LLP


       By:   /s/ Rebecca S. Widen
          Rebecca S. Widen
          Attorneys For Defendants
          COUNTY OF ALAMEDA, SHERIFF GREGORY
          J. AHERN, R. PECK, B. SALBY, R. NOBRIGA,
          S. WILHELM, J. WHITE, D. DRISCOLL,
          B. KIMZEY, C. MITRY, and K. CARTWRIGHT

1

*Thornton v. County of Alameda, et al.,/*Case #C08-0314 BZ
Certification Of Interested Entities Or Persons (Local Rule 3-16)