**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **05/05/2008**

**C08-0314 BZ**

**Marie Y. Thornton v. County of Alameda, et al.**

Attorneys: Pltf: Sunena Sabharwal
          Def: Rebecca S. Widen

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**     Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                               **RULING:**

1. Case Management Conference                  Matter Held
2. _____              _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury Trial set for March 9, 2008 at 8:30 a.m.  Trial set for 7-10 days.  Counsel stipulate to an early settlement conference before Magistrate Judge Maria-Elena James to occur in June, or as soon as her schedule permits.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for _____ days
                    Type of Trial:  ( )Jury     ( )Court
Notes: _____