UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE YVONNE THORNTON,<br><br>       Plaintiff(s),<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>       Defendant(s). | No. C08-0314 BZ<br><br>**SETTLEMENT REFERRAL** |

**IT IS HEREBY ORDERED** that at the request of both parties, this case is referred to the Honorable Maria-Elena James to conduct a settlement conference in the first half of August 2008.

DATED: May 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\thornton v. Cty. of Alameda. settlement referral.wpd

1