## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### AMENDED CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **05/05/2008**

### C08-0314 BZ

### Marie Y. Thornton v. County of Alameda, et al.

Attorneys: Pltf: Sunena Sabharwal
　　　　　 Def: Rebecca S. Widen

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**　　　　Reporter: **Counsel requested that the matter occur off the record.**

### PROCEEDINGS:　　　　　　　　　　　　　　　**RULING:**

1. Case Management Conference　　　　　　　　　　Matter Held
2. _____　_____

(　) Status Conference　　(　) P/T Conference　　(　) Case Management Conference

### ORDERED AFTER HEARING:

Jury Trial set for March 9, 2009 at 8:30 a.m.  Trial set for 7-10 days.  Counsel stipulate to an early settlement conference before Magistrate Judge Maria-Elena James to occur in **August**, or as soon as her schedule permits.

( XX ) ORDER TO BE PREPARED BY:　　Plntf ____　Deft ____　Court__XX____

(　) Referred to Magistrate For:

(　) CASE CONTINUED TO_____　　for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
　　　　　　　　　　Type of Trial:  (　)Jury　　(　)Court
Notes: _____