# HAAPALA, THOMPSON & ABERN, LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOHN E. HAAPALA<br>CLYDE A. THOMPSON<br>STEVEN SHERIFF ABERN<br>AARON F. MACLEITCH<br>REBECCA S. WIDEN | PARK PLAZA BUILDING<br>1939 HARRISON STREET, SUITE 800<br>OAKLAND, CALIFORNIA 94612-3527<br><br>TELEPHONE: (510) 763-2324<br>FACSIMILE:  (510) 273-8570<br>E-MAIL:  rwiden@htalaw.com<br>www.htalaw.com | ANDREA A. NAJOR<br>BENJAMIN A. THOMPSON<br>NICHOLAS ALOIA<br>JOHN C. WON<br>STEPHANIE A. YEE<br><br>JUDITH B. ALTURA, OF COUNSEL<br>JODY STRUCK, OF COUNSEL |

July 29, 2008

<u>Via Electronic Filing</u>

Honorable Maria Elena James
Magistrate Judge of the United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

Re:   <u>Thornton v. County of Alameda, et al.</u>
         USDC Action No. C08-0314 BZ (MEJ)

Dear Judge James:

This will confirm that the Settlement Conference in the above-referenced matter will be held in your chambers on **Tuesday, September 2, 2008, at 10:00 a.m.**

Thank you.

                                                      Very truly yours,

                                                      HAAPALA, THOMPSON & ABERN, LLP

                                                      /s/ Rebecca S. Widen

                                                      Rebecca S. Widen

RSW/lcd

cc:   Sunena Sabharwal (via facsimile & electronic filing)