1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  John C. Won, SBN 242743
   HAAPALA, THOMPSON & ABERN, LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612
4  Tel:   510-763-2324
   Fax:   510-273-8570
5
   Attorneys For Defendants, COUNTY OF ALAMEDA,
6  SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY,
   R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL,
7  B. KIMZEY, C. MITRY, and K. CARTWRIGHT

8                       UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 | MARIE YVONNE THORNTON,              ) Case No.: C08-0314 BZ (MEJ)
                                         )
11 |         Plaintiff,                  ) **DEFENDANTS' NOTICE OF MOTION**
                                         ) **AND MOTION FOR MANDATORY**
12 |    vs.                              ) **DISMISSAL PURSUANT TO FRCP**
                                         ) **25(a)(1)**
13 | COUNTY OF ALAMEDA; et al.           )
                                         ) Date:       September 17, 2008
14 |         Defendants.                 ) Time:       10:00 a.m.
                                         ) Courtroom:  G, 15th Floor

16         PLEASE TAKE NOTICE THAT on **September 17, 2008,** at **10:00 a.m.**, in

17  Courtroom G, 15th Floor, of the United States District Court, 450 Golden Gate Avenue,

18  California, 94102, Defendants will and hereby do move the Court for an order granting

19  mandatory dismissal of this action pursuant to Federal Rule of Civil Procedure 25(a)(1).

20         This motion is made on the grounds that in light of Plaintiff's death on March 31, 2008,

21  counsel has failed to substitute the decedent's successor or representative within 90 days of the

22  service of the Statement of Fact of Death pursuant to FRCP 25(a)(1).

23         Said Motion will be based on this Notice, the Memorandum of Points and Authorities,

24  the papers and records on file herein, and on such oral and documentary evidence as may be

25  /
26  /
27  /
28  /

1

*Thornton v. County of Alameda, et al.,/*Case #C08-0314 BZ
Defendants' Notice Of Motion And Motion For Mandatory Dismissal Pursuant To FRCP 25(a)(1)

1 | presented at the hearing of the motion.

2 | Dated: August 6, 2008

<div style="margin-left:3em;">
HAAPALA, THOMPSON & ABERN, LLP

By: /s/ Rebecca S. Widen
Rebecca S. Widen
Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY, R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL, B. KIMZEY, C. MITRY, and K. CARTWRIGHT
</div>

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Thornton v. County of Alameda, et al.,*/Case #C08-0314 BZ
Defendants' Notice Of Motion And Motion For Mandatory Dismissal Pursuant To FRCP 25(a)(1)

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY, R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL, B. KIMZEY, C. MITRY, and K. CARTWRIGHT ("Defendants") move for mandatory dismissal of this action pursuant to Federal Rule of Civil Procedure 25(a)(1).

### **I. RELEVANT FACTS**

Plaintiff, MARIE THORNTON, died on March 31, 2008. On April 24, 2008, Defendants filed a Statement of Fact of Death and served it on Plaintiff's counsel.

### **II. ARGUMENT**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), a motion to substitute the decedent's successor or representative must be made within 90 days of the service of the Statement of Fact of Death. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent *must* be dismissed." F.R.C.P. 25(a)(1)(emphasis added). The dismissal of the action is mandatory if the motion to substitute is not made within the prescribed 90–day period.

In the present action, the 90-day period to file a motion to substitute Plaintiff's successor or representative expired on July 23, 2008. No motion to substitute was filed within that time, or at all. Accordingly, this action must be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: August 6, 2008

          HAAPALA, THOMPSON & ABERN, LLP

          By: /s/ Rebecca S. Widen
          Rebecca S. Widen
          Attorneys For Defendants
          COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY, R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL, B. KIMZEY, C. MITRY, and K. CARTWRIGHT

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

3

*Thornton v. County of Alameda, et al.,*/Case #C08-0314 BZ
Defendants' Notice Of Motion And Motion For Mandatory Dismissal Pursuant To FRCP 25(a)(1)