UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIE YVONNE THORNTON, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-0314 BZ (MEJ) |
| | ) | |
| v. | ) | **BRIEFING ORDER** |
| | ) | |
| COUNTY OF ALAMEDA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Having received defendants' motion for mandatory dismissal noticed for hearing on **September 17, 2008**, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition, if any, shall be filed by **August 25, 2008**;

2. Defendants' reply, if any, shall be filed by **September 2, 2008**.

Dated: August 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\THORNTON V. CTY. OF ALAMEDA\BRIEFING ORDER.wpd

1