1 **SABHARWAL LAW OFFICES**
Sunena Sabharwal, SBN 148237
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 273-8777

Attorney for Plaintiff
MARIE YVONNE THORNTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE YVONNE THORNTON

    Plaintiff,

vs.

COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants.

**CASE NO. C08-0314**

**NOTICE OF MOTION TO ENLARGE TIME TO SUBSTITUTE REPRESENTATIVE; AND TO SUBSTITUTE REPRESENTATIVE**

**FILED WITH: DECLARATION OF ROBERT VALLE; DECLARATION OF SUNENA SABHARWAL; PROPOSED ORDER**

Date: 9-17-08
Time: 10:00 a.m.
Courtroom: G, 15th Floor

Related Motion For Dismissal is set for hearing on September 17, 2008

    PLEASE TAKE NOTICE THAT on September 17, 2008 at 10:00 a.m. in Courtroom G, 15th Floor of the U.S. District Court located at 450 Golden Gate Avenue, California, Decedent and her Prospective Representative will and hereby move the Court for an order enlarging the time to substitute a representative pursuant to Federal Rule of Civil Procedure 6(b) and to substitute Robert Valle, Decedent's husband, as the representative, after the 90 day period set forth in rule 25(a).

    Good grounds exist for the motion because the motion to substitute was the result of excusable neglect.

    Said motion is based upon this notice, the Declaration of Robert Valle, the Declaration of

---

DECLARATION OF SUNENA SABHARWAL.....                                                           1

1  Sunena Sabharwal, and the memorandum of points and authorities.

2  Dated: August 7, 2008                              SABHARWAL LAW OFFICES

                                                     ___/S/_____
                                                     Sunena Sabharwal
                                                     Attorney for Plaintiff and Prospective
                                                     Representative

---

DECLARATION OF SUNENA SABHARWAL.....                                                                 2