**SABHARWAL LAW OFFICES**
Sunena Sabharwal, SBN 148237
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 273-8777

Attorney for Plaintiff
MARIE YVONNE THORNTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIE YVONNE THORNTON

    Plaintiff,

vs.

COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants.

**CASE NO. C08-0314**

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR MANDATORY DISMISSAL PURSANT TO FRCP 25(a)(1)**

Date: 9-17-08
Time: 10:00 a.m.
Courtroom: G, 15th Floor

Related Motion For Enlargement of Time to Substitute Representative; and to Substitute Representative to be heard on September 17, 2008

    A Motion to substitute representative is set on the same day as the defendants' motion to dismiss. Plaintiff hereby incorporates in support of this opposition, the analysis and authorities set forth in the Memorandum of Points and Authorities in support of Motion to Enlarge Time To Substitute Representative; And To Substitute Representative (Filed as Document 45 in the docket), and the facts set forth in the Declaration of Robert Valle (Filed as Document 44) and the Declaration of Sunena Sabharwal (Filed as Document 43).

    Dismissal of this action is improper based upon the facts and arguments set forth in the

---

MEMORANDUM IN OPPOSITION TO MOTION FOR MANDATORY DISMISSAL....  1

1 | above-referenced documents.

2 | Dated: August 21, 2008						SABHARWAL LAW OFFICES

								_____/S/_____

								Sunena Sabharwal