SABHARWAL LAW OFFICES

Sunena Sabharwal
Attorney at Law

1999 Harrison Street
Suite 2675
Oakland CA 94612

(510) 273-8777 TEL
(510) 273-8788 FAX

Stephen M. Kass
Of Counsel

August 21, 2008

*Vial E File and Facsimile at 415-522-4711*
Magistrate Judge Maria Elena James
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Hon. Judge Maria James:

    The parties have agreed to continue the Settlement Conference currently set for September 2nd to November 5th, 2008. Therefore, the Settlement Conference shall be continued to November 5th, 2008.

    Thank you for your courtesies and attention to this matter.

Sincerely,

SABHARWAL LAW OFFICES

Sunena Sabharwal

Cc: Rebecca Widen
Cc: Mr. Valle