UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE YVONNE THORNTON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendant(s). | No. C08-0314 BZ<br><br>**ORDER DENYING MOTION TO DISMISS AND ENLARGING TIME TO SUBSTITUTE PLAINTIFF** |

　　　Before the court are defendant's motion to dismiss this case pursuant to Rule 25(a)(1) for failure to substitute a successor plaintiff within 90 days of the service of the fact of death and plaintiff's motion pursuant to Rule 6(b) to enlarge time within which to file a motion for substitution. The court has read both sets of papers and, good cause appearing, **ORDERS** as follows:

　　　1.　The court finds no need for argument and **vacates** the hearing set for **September 17, 2008**.

　　　2.　The court finds excusable neglect and enlarges the time to move to appoint a successor plaintiff.

　　　3.　The motion for substitution of plaintiff shall be

1

1  filed by no later than **September 30, 2008**.  Any opposition
2  shall be filed by **October 10, 2008**.  Any reply shall be filed
3  by **October 15, 2008**.  A hearing on the motion is scheduled for
4  **October 22, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor,
5  Federal Building, 450 Golden Gate Avenue, San Francisco,
6  California 94102.
7  DATED: August 29, 2008

*[signature]*
Bernard Zimmerman
United States Magistrate Judge

2