```
 1
 2
 3
 4
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  MARIE YVONNE THORNTON,     )
                               )
12            Plaintiff(s),    )   No. C08-0314 BZ
                               )
13       v.                    )   ORDER GRANTING PLAINTIFF'S
                               )   MOTION TO SUBSTITUTE
14  COUNTY OF ALAMEDA, et al., )   SUCCESSOR IN INTEREST FOR
                               )   DECEASED PLAINTIFF
15                             )
              Defendant(s).    )
16  _____)
```

17      On October 10, 2008, defendant filed an opposition to
18 plaintiff's motion to substitute, arguing that the plaintiff
19 has not complied with the procedure for substituting a party.
20 However, defendant fails to clearly specify how plaintiff has
21 failed to comply or cite any authority for its opposition.
22      It appears that plaintiff has followed the proper
23 procedures for substitution under Fed.R.Civ.P. 25.
24 Specifically, plaintiff has provided a declaration with the
25 information required by Cal.Code Civ. Proc. § 377.32. See also
26 Walton v. Channel Star Excursions, Inc., 2007 WL 763299
27 (E.D.Cal.).  Accordingly, plaintiff's motion to substitute
28 ///

1

Robert Valle as successor plaintiff is **GRANTED**.[1]

Dated: October 21, 2008

                                                            *Bernard Zimmerman*
                                                            Bernard Zimmerman
                                                            United States Magistrate Judge

---

[1] The parties having agreed to accept the Tentative Ruling ordered on October 16, 2008. It is ordered that the hearing scheduled for October 22, 2008 is **vacated**.