Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
John C. Won, SBN 242743
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:     510-763-2324
Fax:    510-273-8570

Attorneys For Defendants, COUNTY OF ALAMEDA,
SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY,
R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL,
B. KIMZEY, C. MITRY, and K. CARTWRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARIE YVONNE THORNTON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; et al.<br><br>Defendants. | Case No.: C08-0314 BZ (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT NOVEMBER 5, 2008 SETTLEMENT CONFERENCE |

Defendants SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY, R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL, B. KIMZEY, C. MITRY, and K. CARTWRIGHT have requested to be excused from personally attending the November 5, 2008 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

Defendants SHERIFF GREGORY J. AHERN, R. PECK, B. SALBY, R. NOBRIGA, S. WILHELM, J. WHITE, D. DRISCOLL, B. KIMZEY, C. MITRY, and K. CARTWRIGHT'S request to be excused from the conference is hereby granted.

Dated:   10/28/08

IT IS SO ORDERED
Judge Maria-Elena James

_____
Magistrate Judge Maria-Elena James

1