1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11 | MARIE YVONNE THORNTON,       )
   |                              )
12 |         Plaintiff(s),        )    No. C08-0314 BZ
   |                              )
13 |     v.                       )    **CONDITIONAL ORDER OF**
   |                              )    **DISMISSAL**
14 | COUNTY OF ALAMEDA, et al.,   )
   |                              )
15 |         Defendant(s).        )
   |  _____ )
16

17        The parties to this matter having advised the Court that
18  they have agreed to a settlement, **IT IS HEREBY ORDERED** that
19  this action is **DISMISSED WITH PREJUDICE** and all scheduled
20  matters are **VACATED**; provided, however, that any party may,
21  within **60 days** of the date of this Order, move the Court to
22  restore this matter to the calendar on the grounds that the
23  settlement has not been consummated.
24  Dated: December 1, 2008

                                   _____
                                        Bernard Zimmerman
                                   United States Magistrate Judge

28  G:\BZALL\-BZCASES\THORNTON V. CTY. OF ALAMEDA\THORNTON COND DISMISSAL.wpd

                                   1